AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Albert Junior Anthony,  )
*Plaintiff,*  )
v.  )   Civil Action No.    8:14-4027-JMC
Commissioner of Social Security Administration,  )
*Defendant.*  )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   the decision of the Commissioner is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and the Commissioner shall remand the claim to an Administrative Law Judge for a new hearing.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding. The court having entered an order of remand.

Date:   February 17, 2015                                                       *CLERK OF COURT*

                                                                                                    s/Angie Snipes
                                                                                        *Signature of Clerk or Deputy Clerk*